UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 18-10562-CBM(PLAx) | Date | MARCH 12, 2019 |
|---|---|---|---|
| Title | JOSE VELEZ v. MCJC ENTERPRISES, INC., ET AL., | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | Michele A. Dobson |

**Proceedings:** HEARING RE DEFENDANT'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND REQUIRE PAYMENT OF SECURITY BE GRANTED, AND DEFENDANT POTHOLDE, TOO, SUED AS PTHLDER TOO, INC., MOTION FOR STAY [16]

The case is called and counsel state their appearance. The Court and defense counsel confer regarding the status of the case.

Following discussions with the parties, the Court will deny the defendant's motion to declare plaintiff a vexatious litigant without prejudice and will deny the motion for stay as stated on the record.

The Court also orders that the request to take judicial notice is denied.

IT IS SO ORDERED.

cc: all parties                                                                                           **:05**

CV-90     **CIVIL MINUTES - GENERAL**     Initials of Deputy Clerk YS